for petitioner. *J. E. Taylor,* Attorney General of Missouri, for respondents. 

No. 254. KLOPP *v.* OVERLADE, WARDEN. 
Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for respondent. 

No. 259. BERNSTEIN *v.* N. V. NEDERLANDSCHE-AMERIKAANSCHE STOOMVAART-MAATSCHAPPIJ. 
Certiorari denied. *William S. Bennet* and *Victor House* for petitioner. *Roscoe H. Hupper* for respondent. 

No 261. BRAMER *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *Samuel Kaufman, Frank R. S. Kaplan* and *Maurice J. Mahoney* for petitioner. *Solicitor General Perlman, Helen R. Carloss* and *L. W. Post* for respondent. 

No. 263. DOSSETT, DOING BUSINESS AS THE J. A. DOSSETT LUMBER CO., *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. Certiorari denied. *James G. Wheeler* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent. 

No. 264. WALKER-HILL Co. *v.* UNITED STATES. 
 Certiorari denied. *Albert I. Kegan* and *Esther O. Kegan* for petitioner. *Solicitor General Perlman, Stanley M. Silverberg, Sewall Key, Robert N. Anderson* and *Benjamin H. Pester* for the United States.